THE HONORABLE BENJAMIN H SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RSM MCGLADREY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN KILEY, MARTIN JUERGENS, and CYNTHIA STRONG, <br><br> Defendants. | CIVIL ACTION NO. 09-05765 BHS <br><br> **STIPULATED AND AGREED JOINT MOTION TO STAY PROCEEDINGS** <br><br> NOTE ON MOTION CALENDAR: <br> FEBRUARY 11, 2010 |

Plaintiff RSM McGladrey, Inc. ("RSM") and Defendants John Kiley, Martin Juergens, and Cynthia Strong, who are all the parties to this action, hereby respectfully request an order staying all proceedings in this case until September 20, 2010. Good cause supports this request. The parties have reached a settlement of their disputes, and have executed a settlement agreement, the terms of which are subject to certain confidentiality restrictions. The parties stipulate and agree that this case should be stayed until September 20, 2010 to allow the implementation and effectuation of the parties' settlement, which would make further proceedings in this case unnecessary. Thus, it is in the best interests of the parties and this Court, as a matter of judicial economy, to stay this action as requested. The parties therefore respectfully request that the Court enter the requested stay, as set forth on the proposed order submitted concurrently herewith.

STIPULATED MOTION FOR STAY         -1-

Respectfully submitted this 11th day of February, 2010.

DORSEY & WHITNEY LLP

/s/ Shawn J. Larsen-Bright
Curt Roy Hineline
Shawn J. Larsen-Bright
701 Fifth Ave., Suite 6100
Seattle, WA 98104
(206) 903-8800
hineline.curt@dorsey.com
larsen.bright.shawn@dorsey.com

*Attorneys for Plaintiff*

LANE POWELL PC

/s/ Christopher B. Wells
*(by email authorization)*
Christopher B. Wells
1420 Fifth Ave., Suite 4100
Seattle, WA 98101
(206) 223-7000
wellsc@lanepowell.com

*Attorney for Defendants*

STIPULATED MOTION FOR STAY              -2-

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820